IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACM REALTY, INC.,

    Plaintiff

v.

CARIBBEAN MAINSAIL DEVELOPMENT, LLC,

    Defendant

CIVIL NO. 09-1953 (JP)

### FINAL JUDGMENT

For the reasons stated in its Order entered this same date, the Court hereby **ENTERS JUDGMENT** for Plaintiff **TO HAVE AND RECOVER TWO HUNDRED EIGHT THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AND THIRTY THREE CENTS ($208,333.33)** from Defendant Caribbean Mainsail Development LLC. In addition, the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims for contractual damages. The Court also awards Plaintiff **TEN THOUSAND DOLLARS ($10,000.00)** in attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of April, 2010.

                JAIME PIERAS, JR.
              U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFF

_____
CARLOS MORALES BAUZA, ESQ.

COUNSEL FOR DEFENDANT

_____
JOANNE PARDO MARQUEZ, ESQ.